IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRANDON CHE LEE,

                                        Case No. 3:16-cv-00786-SU

        Plaintiff,

                              FINDINGS AND RECOMMENDATION

    v.

RICHARD IVES,

        Defendant.

SULLIVAN, Magistrate Judge.

Plaintiff filed this prisoner civil rights case on May 6, 2016, but only paid the habeas corpus filing fee of $5.00. On July 19, 2016, in *Lee v. Ives*, 3:16-00777-HZ, Judge Hernandez determined that plaintiff was a three-strikes litigant under the Prison Litigation Reform Act who did not qualify for *in forma pauperis* status. As a result, on July 21, 2016, I advised plaintiff that if he wished to proceed with this civil rights case, he must pay $395.00 toward the satisfaction of the civil

1 - FINDINGS AND RECOMMENDATION

filing fee.   That payment was due on or before August 20, 2016.

Because plaintiff has not paid the filing fee, the court should

dismiss this action without prejudice.   The court should also

direct the Clerk of Court to refund plaintiff the $5.00 habeas

corpus filing fee he paid on May 12, 2016 (receipt #67295).

    DATED this  19th  day of September, 2016.


         /s/ Patricia Sullivan
         Patricia Sullivan
         United States Magistrate Judge

2 – FINDINGS AND RECOMMENDATION